UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA, )
) Case Nos.
Plaintiff, ) 4:22-cr-00162
)
vs. )
)
JILL HALL-MANDICHAK (3) )
SEAN LYNCH (4), )
)
Defendants. )

---

**TRANSCRIPT OF ARRAIGNMENT HEARING**
**ELECTRONICALLY RECORDED PROCEEDINGS**
**BEFORE THE HONORABLE CHRISTINE A. NOWAK**
**UNITED STATES MAGISTRATE JUDGE**

**August 4, 2022**
**Sherman, Texas**

---

APPEARANCES OF COUNSEL:

FOR THE UNITED STATES:

MR. THOMAS E. GIBSON
United States Attorney's Office
101 East Park Boulevard, Suite 500
Plano, Texas 75074
thomas.gibson@usdoj.gov

FOR THE DEFENDANT JILL HALL-MANDICHAK:

MR. ROBERT R. SMITH
Law Office of Robert R. Smith, P.C.
500 North Akard Street, Suite 2150
Dallas, Texas 75201
rsmith@robertrsmithlaw.com

*******************************************

APRIL HARGETT, CSR, RPR, RVR
Federal Official Court Reporter
300 Willow Street
Beaumont, Texas 77701

APPEARANCES OF COUNSEL (Continued):

FOR THE DEFENDANT SEAN LYNCH:

MR. ARNOLD A. SPENCER
Spencer & Associates
201 Main Street, Suite 1375
Fort Worth, Texas 76102
arnoldspencer75225@gmail.com

August 4, 2022 11:20 a.m.

---o0o---

ELECTRONICALLY RECORDED

PROCEEDINGS

---o0o---

THE COURT: All right, everybody. The Court calls next Cause No. 4:21-cr-162. This is the *United States of America v. Jill Hall-Mandichak* and the *United States of America v. Sean Lynch*.

If I could have an appearance on behalf of the government, please.

MR. GIBSON: Your Honor, Tom Gibson here on behalf of the government. Ready.

THE COURT: Thank you.

If I could have an appearance on behalf of Ms. Mandichak.

MR. SMITH: Robert Smith.

THE COURT: Thank you.

On behalf of Mr. Lynch.

MR. SPENCER: Morning, your Honor. Arnold Spencer on behalf of Mr. Lynch.

THE COURT: Thank you.

All right, everybody. I'm just going to recap my understanding of where we are, okay? Each of Ms. Mandichak and Mr. Lynch had their initial

appearances in the Eastern District of Virginia. It looks like Ms. Mandichak had hers on July 22nd, and Mr. Lynch had his on the 21st. Each of them waived identity, were ordered released on conditions. And so it's the Court's understanding all we're here to do today is arraign your clients.

Is that correct, Mr. Smith?

MR. SMITH: Yes, your Honor.

THE COURT: And Mr. Spencer?

MR. SPENCER: Yes, your Honor.

THE COURT: All right. Then if I can go ahead and ask Ms. Mandichak, please tell me your full name.

DEFENDANT MANDICHAK: Jill Hall-Mandichak.

THE COURT: Thank you.

And Mr. Lynch.

DEFENDANT LYNCH: Sean Waco Lynch.

THE COURT: If I could ask for both of you to please raise your right hand to the best of your ability, okay?

(Defendants sworn.)

DEFENDANT MANDICHAK: Yes.

DEFENDANT LYNCH: Yes.

THE COURT: Thank you. Y'all can put your hands down.

Okay. We're going to start with constitutional rights. You've each got the right to remain silent. You don't have to say anything at all about the charge that's pending against you in the indictment. Anything you do say may later be used against you.

Do you both understand you have the right to remain silent?

DEFENDANT MANDICHAK: Yes.

DEFENDANT LYNCH: Yes.

THE COURT: You each also have the right to have counsel with you throughout these proceedings.

Do you both understand your right to counsel and as well the fact that your hired lawyers are here with you today?

DEFENDANT MANDICHAK: Yes.

DEFENDANT LYNCH: Yes.

THE COURT: So we're going to talk about the indictment. If you want, I can read the whole thing to you. If you don't want me to do that, you can tell me that you waive the reading.

DEFENDANT MANDICHAK: Waive the reading.

DEFENDANT LYNCH: Waive the reading.

THE COURT: If I could ask the government at this time, then, to go ahead and summarize the charge

pending against each of Ms. Mandichak and Mr. Lynch and advise them as well of the full range of penalties and consequences associated therewith.

MR. GIBSON: Yes, your Honor. Both defendants are charged in Count One of the indictment with a violation of Title 18 U.S.C. § 1349, conspiracy to commit wire fraud. And alleging that the defendants, along with others named, did violate that statute from in or around April 2012 continuing through the spring of 2019. The indictment includes a notice of intent to seek criminal forfeiture.

As to Count One, charging a violation of Title 18 U.S.C. § 1349, conspiracy to commit wire fraud, as follows: Penalty: Imprisonment for a term not more than 20 years, a fine not to exceed $250,000, or if any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, then a fine not more than the greater of twice the gross gain to the defendant or twice the gross loss to the individuals other than the defendant; or both such imprisonment and fine. A term of supervised release of not more than three years in addition to such term of imprisonment.

If the violation affected a financial institution, then imprisonment for a term not more than

30 years, a fine not to exceed $1 million, or if any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, then a fine not more than the greater of twice the gross gain to the defendant or twice the gross loss to the individuals other than the defendant; or both such imprisonment and fine. A term of supervised release of not more than five years in addition to such term of imprisonment. Special assessment of $100.

THE COURT: Thank you.

I'm going to go ahead and ask y'all some questions, okay?

Do you each understand this charge that's pending against you in the indictment?

DEFENDANT MANDICHAK: Yes.

DEFENDANT LYNCH: Yes.

THE COURT: And do you each understand the full range of penalties and consequences that are associated with this charge?

DEFENDANT MANDICHAK: Yes.

DEFENDANT LYNCH: Yes.

THE COURT: Then I'm going to go ahead and ask each of you at this time: How do you now plead to Count One of the indictment, guilty or not guilty?

DEFENDANT MANDICHAK: Not guilty.

DEFENDANT LYNCH: Not guilty.

THE COURT: The Court accepts each of your pleas of not guilty. Your case is assigned to United States District Judge Amos Mazzant. So I'm going to sign a pretrial order right now that sets you for final pretrial conference on October the 7th of 2022. I'm also going to sign a separate scheduling order. It requires the government to speak with you and your counsel about your case.

These orders are going to be docketed. That means that they'll be electronically available to your lawyers, and they'll be able to talk to you about the dates and information that apply.

Do either of you have any questions whatsoever?

DEFENDANT MANDICHAK: No.

DEFENDANT LYNCH: No, ma'am.

THE COURT: Then, Counsel, let me ask: Anything further, Mr. Gibson?

MR. GIBSON: Your Honor, just a clarification. I was looking at the docket proceedings for when the defendants had their initial appearances in the Eastern District of Virginia. There is an indication that each defendant requested to have a

preliminary hearing.

THE COURT: They're on an indictment, though.

MR. GIBSON: I understand, your Honor. But I -- just to clarify the docket, that that -- they apparently requested that and the Court may have represented that they were going to get that, but clearly they're not entitled to it under Rule 5.1. I just wanted to bring that up.

THE COURT: Thank you, Mr. Gibson.

The Court did see that, but because it's an indictment and they're not entitled, the Court assumed that the Eastern District of Virginia was being careful.

To the extent that there was any question, let me do make sure you understand. If you were before the Court or -- on a criminal complaint, you'd be entitled to that preliminary hearing. But because you're here in the Eastern District of Texas on an indictment, there's no entitlement to the preliminary hearing. The point of a preliminary hearing is to decide whether or not your case is going to go to the grand jury to see if it's going to be indicted. Since there is an indictment, no preliminary hearing.

Do you have any questions about that?

DEFENDANT MANDICHAK: No.

DEFENDANT LYNCH: No.

THE COURT: All right. Then let me just go ahead and ask Mr. Smith, anything further from you, sir?

MR. SMITH: No. Thank you, your Honor.

THE COURT: Mr. Spencer?

MR. SPENCER: Thank you, your Honor. Nothing from us.

THE COURT: All right. Then there being nothing further, you all are all excused.

Thank you so much.

(Proceedings concluded at 11:34 a.m.)

* * *

COURT REPORTER'S CERTIFICATION

I hereby certify that on this date, August 12, 2024, the foregoing is a correct transcript from the electronic record of proceedings.

April Hargett

APRIL D. HARGETT
Certified Realtime Reporter
Eastern District of Texas
Beaumont, Texas